IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBE ELECTRIC COMPANY INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action No.: 20-cv-5537 |
| v. ) | |
| ) | Hon. Judge Vernon S. Broderick |
| ALL STAR LIGHTING SUPPLIES, ) | |
| INC. d/b/a LUXRITE, ) | Jury Trial Demanded |
| ) | |
| *Defendant*. ) | |

**JOINT MOTION FOR DISMISSAL WITHOUT
PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiff Globe Electric Company, Inc. and Defendant All Star Lighting Supplies Inc. (collectively "the Parties") jointly move for the Court to dismiss the parties' claims, causes of actions, and defenses in the above-captioned matter (the "Action") without prejudice. In support of this Motion, the parties state as follows:

1. Plaintiff Globe Electric Company, Inc. ("Globe"), has asserted that Defendant All Star Lighting Supplies Inc. ("All Star") infringes its patented lighting technology as disclosed and claimed in U.S. Patent No. 10,234,091 ("the '091 patent") and further claims that this infringement is willful.

2. All Star has not asserted any counterclaims.

3. Globe previously filed a notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) in *Globe Electric Company, Inc. v. All Star Lighting Supplies, Inc. d/b/a Luxrite*, Case No. 20-cv-3113-KPF (S.D.N.Y.), which involved the same Parties and the same claims.

4. The Parties recently entered into a settlement agreement resolving this Action.

5.       Pursuant to this settlement agreement, the Parties agreed to file the appropriate papers with this Court to effectuate the dismissal of the Action without prejudice.

6.       Each party will bear its own costs and attorneys' fees.

Dated: November 6, 2020

| **GREENBERG TRAURIG, LLP** | **MILES & STOCKBRIDGE P.C.** |
|---|---|
| By: /s/ Eric Maiers | By: /s/ John E. McGann, Jr. |
| | Jessica A. duHoffmann |
| Joshua Raskin | John E. McCann, Jr. (pro hac vice) |
| Julie Bookbinder | Megan J. McGinnis (pro hac vice) |
| Greenberg Traurig, LLP | MILES & STOCKBRIDGE P.C. |
| MetLife Building | 100 Light Street |
| 200 Park Avenue | Baltimore, Maryland 21202 |
| New York, NY 10166 | T/F: 410-385-3782 |
| T-212.801.9200/F-212.801.6400 | jduhoffm@milesstockbridge.com |
| raskinj@gtlaw.com | jmccann@milesstockbridge.com |
| bookbinderj@gtlaw.com | mmcginnis@milesstockbridge.com |
| | |
| Eric Maiers (*pro hac vice*) | Karl W. Means |
| Matthew Levinstein (*pro hac vice*) | MILES & STOCKBRIDGE P.C. |
| Callie Sand (*pro hac vice*) | 1201 Pennsylvania Ave. NW |
| Greenberg Traurig LLP | #900 |
| 77 W Wacker Drive 3100 | Washington, D.C. 20004 |
| Chicago, IL 60601 | T/F: 703-610-8672 |
| T-312.456.8400 | kmeans@milesstockbridge.com |
| maierse@gtlaw.com | |
| levinsteinm@gtlaw.com | *Counsel for Defendant, All Star Lighting Supplies, Inc.* |
| sandc@gtlaw.com | |
| | |
| *Attorneys for Plaintiff Globe Electric Company, Inc.* | |

SO ORDERED:

*/s/ Vernon Broderick*

HON. VERNON S. BRODERICK   11/16/2020
UNITED STATES DISTRICT JUDGE